UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6222**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

MICHAEL DEMOND OGLESBY,

        Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Thomas D. Schroeder, District Judge. (1:06-cr-00348-TDS-1)

Submitted: July 21, 2016          Decided: July 25, 2016

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Demond Oglesby, Appellant Pro Se. Robert Michael Hamilton, Michael Francis Joseph, Assistant United States Attorneys, Randall Stuart Galyon, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Demond Oglesby appeals the district court's order denying relief on his motion for reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Oglesby</u>, No. 1:06-cr-00348-TDS-1 (M.D.N.C. Jan. 26, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>